UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In re: GALASZKIEWICZ, JOLANTA § Case No. 18-01604-ABG
§
§
Debtor(s) §

# TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under Chapter 7 of the United States Bankruptcy Code was filed on January 19, 2018. The undersigned trustee was appointed on March 04, 2019.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A.**

4. The trustee realized the gross receipts of      $          30,000.00

| Funds were disbursed in the following amounts: | |
|---|---:|
| Payments made under an interim distribution | 0.00 |
| Administrative expenses | 16.53 |
| Bank service fees | 0.00 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 0.00 |
| Other payments to the debtor | 0.00 |
| Leaving a balance on hand of[1]    $ | 29,983.47 |

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (05/1/2011)**

6. The deadline for filing non-governmental claims in this case was 07/08/2019 and the deadline for filing governmental claims was 07/18/2018.  All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved.  If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $3,750.00.  To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $3,750.00, for a total compensation of $3,750.00.[2] In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $0.00, for total expenses of $0.00.[2]

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 03/30/2020        By: /s/ILENE F. GOLDSTEIN
                             Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

**UST Form 101-7-TFR (05/1/2011)**

Exhibit A

Page: 1

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 18-01604-ABG  **Trustee:** (330290) ILENE F. GOLDSTEIN
**Case Name:** GALASZKIEWICZ, JOLANTA  **Filed (f) or Converted (c):** 01/19/18 (f)
**§341(a) Meeting Date:** 02/15/18
**Period Ending:** 03/30/20  **Claims Bar Date:** 07/08/19

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | 609 Federal Parkway, Lindenhurst, IL 60046-0000, (u)<br>  Imported from Amended Doc#: 17 Not Originally Scheduled | 79,500.00 | 0.00 | | 0.00 | FA |
| 2 | 2006 Toyota Corolla. Entire property value: $3,4 (u)<br>  Imported from Amended Doc#: 17 Not Originally Scheduled | 3,450.00 | 0.00 | | 0.00 | FA |
| 3 | Household Goods & Furniture (u)<br>  Imported from Amended Doc#: 17 Not Originally Scheduled | 500.00 | 0.00 | | 0.00 | FA |
| 4 | TV & Electronics (u)<br>  Imported from Amended Doc#: 17 Not Originally Scheduled | 350.00 | 0.00 | | 0.00 | FA |
| 5 | Normal Clothes (u)<br>  Imported from Amended Doc#: 17 Not Originally Scheduled | 400.00 | 0.00 | | 0.00 | FA |
| 6 | Checking: Libertyville Bank & Trust (u)<br>  Imported from Amended Doc#: 17 Not Originally Scheduled | 400.00 | 0.00 | | 0.00 | FA |
| 7 | Int. in Ins. policies: Term Life Insurance Death (u)<br>  Imported from Amended Doc#: 17 Not Originally Scheduled | 0.00 | 0.00 | | 0.00 | FA |
| 8 | Family Expense Act Law Suit under 750 ILCS 65/15 (u)<br>  Imported from Amended Doc#: 17 Not Originally Scheduled | Unknown | 28,300.00 | | 30,000.00 | FA |
| 8 | Assets  Totals (Excluding unknown values) | $84,600.00 | $28,300.00 | | $30,000.00 | $0.00 |

**Major Activities Affecting Case Closing:**

  STATUS JANUARY 2020: The Trustee setled an interest in a legal matter.  She also negotiated the Debtor's exemption .  The case is being closed.

Printed: 03/30/2020 06:40 PM    V.14.50

Exhibit A

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 2

**Case Number:** 18-01604-ABG  
**Case Name:** GALASZKIEWICZ, JOLANTA

**Trustee:** (330290) ILENE F. GOLDSTEIN  
**Filed (f) or Converted (c):** 01/19/18 (f)  
**§341(a) Meeting Date:** 02/15/18  

**Period Ending:** 03/30/20

**Claims Bar Date:** 07/08/19

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|

**Initial Projected Date Of Final Report (TFR):** December 31, 2019  **Current Projected Date Of Final Report (TFR):** June 30, 2020

Printed: 03/30/2020 06:40 PM    V.14.50

Case 18-01604  Doc 39  Filed 04/15/20  Entered 04/15/20 12:22:51  Desc Main
Document  Page 5 of 10

Exhibit B

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

**Case Number:** 18-01604-ABG  
**Case Name:** GALASZKIEWICZ, JOLANTA

**Taxpayer ID #:** **-***1937  
**Period Ending:** 03/30/20

**Trustee:** ILENE F. GOLDSTEIN (330290)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******0066 - Checking Account  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 05/18/19 | {8} | Philips Law Firm | Settlement on Claim | 1229-000 | 30,000.00 | | 30,000.00 |
| 02/24/20 | 101 | Inrternational Sureties, Ltd | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/24/2020 FOR CASE #18-01604 | 2300-000 | | 16.53 | 29,983.47 |
| | | | **ACCOUNT TOTALS** | | 30,000.00 | 16.53 | $29,983.47 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 30,000.00 | 16.53 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$30,000.00** | **$16.53** | |

| TOTAL - ALL ACCOUNTS | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|
| **Checking # ******0066** | 30,000.00 | 16.53 | 29,983.47 |
| | $30,000.00 | $16.53 | $29,983.47 |

{} Asset reference(s)

Printed: 03/30/2020 06:40 PM  V.14.50

# E X H I B I T  C
## ANALYSIS OF CLAIMS REGISTER

**Claims Bar Date:** July 8, 2019

**Case Number:** 18-01604-ABG  
**Debtor Name:** GALASZKIEWICZ, JOLANTA

Page: 1

**Date:** March 30, 2020  
**Time:** 06:41:01 PM

| Claim # | Creditor Name & Address | Claim Type | Claim Ref. No. / Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 200 | ILENE F. GOLDSTEIN<br>900 Skokie Blvd<br>Suite 128<br>Northbrook, IL 60062 | Admin Ch. 7 | | $3,750.00 | $0.00 | 3,750.00 |
| 200 | LAW OFFICES OF ILENE F. GOLDSTEIN, CHARTERED<br>900 Skokie Blvd<br>Suite 128<br>Northbrook, IL 60062 | Admin Ch. 7 | | $5,670.00 | $0.00 | 5,670.00 |
| 200 | LAW OFFICES OF ILENE F. GOLDSTEIN, CHARTERED<br>900 Skokie Blvd<br>Suite 128<br>Northbrook, IL 60062 | Admin Ch. 7 | | $57.65 | $0.00 | 57.65 |
| 10<br>200 | Clerk of the United States Bankruptcy Court<br>219 S. Dearborn<br>7th Floor<br>Chicago, IL 60604 | Admin Ch. 7 | | $260.00 | $0.00 | 260.00 |
| 1<br>610 | PYOD, LLC<br>Resurgent Capital Services<br>PO Box 19008<br>Greenville, SC 29602 | Unsecured | History: Details1-104/08/2019Claim #1 filed by PYOD, LLC, Amount claimed: $702.96 (Andrews, William)<br>-----------------------------------------------------------------------------\*\*\* | $702.96 | $0.00 | 702.96 |
| 2<br>610 | Discover Bank<br>Discover Products Inc<br>PO Box 3025<br>New Albany, OH 43054-3025 | Unsecured | History: Details2-104/10/2019Claim #2 filed by Discover Bank, Amount claimed: $742.23 (Beckman, Kyle)<br>-----------------------------------------------------------------------------\*\*\* | $742.23 | $0.00 | 742.23 |
| 3<br>610 | Capital One Bank (USA), N.A.<br>4515 N Santa Fe Ave<br>Oklahoma City, OK 73118 | Unsecured | History: Details3-104/15/2019Claim #3 filed by Capital One Bank (USA), N.A., Amount claimed: $4049.61 (Boswell, Ashley)<br>-----------------------------------------------------------------------------\*\*\* | $4,049.61 | $0.00 | 4,049.61 |
| 4<br>610 | Bank of America, N.A.<br>P O Box 982284<br>El Paso, TX 79998-2238 | Unsecured | History: Details4-105/07/2019Claim #4 filed by Bank of America, N.A., Amount claimed: $1669.67 (Kyle, Harold)<br>-----------------------------------------------------------------------------\*\*\* | $1,669.67 | $0.00 | 1,669.67 |
| 5<br>610 | Verizon<br>by American InfoSource as agent<br>4515 N Santa Fe Ave<br>Oklahoma City, OK 73118 | Unsecured | History: Details5-106/03/2019Claim #5 filed by Verizon, Amount claimed: $726.50 (Boswell, Ashley)<br>-----------------------------------------------------------------------------\*\*\* | $726.50 | $0.00 | 726.50 |

# EXHIBIT C
## ANALYSIS OF CLAIMS REGISTER

**Claims Bar Date:** July 8, 2019

**Case Number:** 18-01604-ABG  
**Debtor Name:** GALASZKIEWICZ, JOLANTA

Page: 2

**Date:** March 30, 2020  
**Time:** 06:41:01 PM

| Claim # | Creditor Name & Address | Claim Type | Claim Ref. No. / Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 6 / 610 | American Express National Bank<br>c/o Becket and Lee LLP<br>PO Box 3001<br>Malvern, PA 19355-0701 | Unsecured | | $6,382.11 | $0.00 | 6,382.11 |
| | | | History: Details6-106/03/2019Claim #6 filed by American Express National Bank, Amount claimed: $6382.11 (Redmond, Elizabeth)<br>--------------------------------------------------------------------------------* * * | | | |
| 7 / 610 | American Express National Bank<br>c/o Becket and Lee LLP<br>PO Box 3001<br>Malvern, PA 19355-0701 | Unsecured | | $2,221.58 | $0.00 | 2,221.58 |
| | | | History: Details7-106/03/2019Claim #7 filed by American Express National Bank, Amount claimed: $2221.58 (Redmond, Elizabeth)<br>--------------------------------------------------------------------------------* * * | | | |
| 8 / 610 | Midland Funding LLC<br>Midland Credit Management, Inc,as agent for Midland Funding, LLC,PO Box 2011<br>Warren, MI 48090 | Unsecured | | $4,600.58 | $0.00 | 4,600.58 |
| | | | History: Details8-106/04/2019Claim #8 filed by Midland Funding LLC, Amount claimed: $4600.58 (ADI, EPoc)<br>--------------------------------------------------------------------------------* * * | | | |
| 9 / 610 | Midland Funding LLC<br>Midland Credit Management, Inc,as agent for Midland Funding, LLC,PO Box 2011<br>Warren, MI 48090 | Unsecured | | $995.53 | $0.00 | 995.53 |
| | | | History: Details9-106/04/2019Claim #9 filed by Midland Funding LLC, Amount claimed: $995.53 (ADI, EPoc)<br>--------------------------------------------------------------------------------* * * | | | |
| **<< Totals >>** | | | | 31,828.42 | 0.00 | 31,828.42 |

**TRUSTEE'S PROPOSED DISTRIBUTION**                Exhibit D

Case No.: 18-01604-ABG
Case Name: GALASZKIEWICZ, JOLANTA
Trustee Name: ILENE F. GOLDSTEIN

**Balance on hand:**             $     29,983.47

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

Total to be paid to secured creditors:  $         0.00
Remaining balance:                      $    29,983.47

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - ILENE F. GOLDSTEIN | 3,750.00 | 0.00 | 3,750.00 |
| Attorney for Trustee, Fees - LAW OFFICES OF ILENE F. GOLDSTEIN, CHARTERED | 5,670.00 | 0.00 | 5,670.00 |
| Attorney for Trustee, Expenses - LAW OFFICES OF ILENE F. GOLDSTEIN, CHARTERED | 57.65 | 0.00 | 57.65 |
| Charges, U.S. Bankruptcy Court | 260.00 | 0.00 | 260.00 |

Total to be paid for chapter 7 administration expenses:  $     9,737.65
Remaining balance:                                        $    20,245.82

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses:  $         0.00
Remaining balance:                                           $    20,245.82

**UST Form 101-7-TFR (05/1/2011)**

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

| | Total to be paid for priority claims: | $ | 0.00 |
|---|---|---|---|
| | Remaining balance: | $ | 20,245.82 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 22,090.77 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 91.6 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | PYOD, LLC | 702.96 | 0.00 | 644.25 |
| 2 | Discover Bank | 742.23 | 0.00 | 680.24 |
| 3 | Capital One Bank (USA), N.A. | 4,049.61 | 0.00 | 3,711.40 |
| 4 | Bank of America, N.A. | 1,669.67 | 0.00 | 1,530.22 |
| 5 | Verizon | 726.50 | 0.00 | 665.83 |
| 6 | American Express National Bank | 6,382.11 | 0.00 | 5,849.10 |
| 7 | American Express National Bank | 2,221.58 | 0.00 | 2,036.04 |
| 8 | Midland Funding LLC | 4,600.58 | 0.00 | 4,216.35 |
| 9 | Midland Funding LLC | 995.53 | 0.00 | 912.39 |

| | Total to be paid for timely general unsecured claims: | $ | 20,245.82 |
|---|---|---|---|
| | Remaining balance: | $ | 0.00 |

**UST Form 101-7-TFR (05/1/2011)**

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

| | | |
|---|---|---|
| Total to be paid for tardy general unsecured claims: | $ | 0.00 |
| Remaining balance: | $ | 0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

| | | |
|---|---|---|
| Total to be paid for subordinated claims: | $ | 0.00 |
| Remaining balance: | $ | 0.00 |

**UST Form 101-7-TFR (05/1/2011)**