## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

In re: GALASZKIEWICZ, JOLANTA § Case No. 18-01604
§
§
Debtor(s) §

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

    ILENE F. GOLDSTEIN, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

    1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

    2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: $84,600.00<br>*(without deducting any secured claims)* | Assets Exempt: $21,800.00 |
| Total Distribution to Claimants: $20,245.82 | Claims Discharged<br>Without Payment: $1,844.95 |
| Total Expenses of Administration: $9,754.18 | |

    3) Total gross receipts of $ 30,000.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $30,000.00 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: | | | | |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 9,754.18 | 9,754.18 | 9,754.18 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 0.00 | 22,090.77 | 22,090.77 | 20,245.82 |
| **TOTAL DISBURSEMENTS** | $0.00 | $31,844.95 | $31,844.95 | $30,000.00 |

4) This case was originally filed under Chapter 7 on January 19, 2018. The case was pending for 29 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 07/08/2020            By: /s/ILENE F. GOLDSTEIN
                                    Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| Family Expense Act Law Suit under 750 ILCS 65/15 | 1229-000 | 30,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$30,000.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | | None | | | |
| **TOTAL SECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Trustee Compensation - ILENE F. GOLDSTEIN | 2100-000 | N/A | 3,750.00 | 3,750.00 | 3,750.00 |
| Attorney for Trustee Fees (Trustee Firm) - LAW OFFICES OF ILENE F. GOLDSTEIN, | 3110-000 | N/A | 5,670.00 | 5,670.00 | 5,670.00 |
| Attorney for Trustee Expenses (Trustee Firm) - LAW OFFICES OF ILENE F. GOLDSTEIN, | 3120-000 | N/A | 57.65 | 57.65 | 57.65 |
| Clerk of the Court Costs (includes adversary and other filing fees) - Clerk | 2700-000 | N/A | 260.00 | 260.00 | 260.00 |
| Other - Inrternational Sureties, Ltd | 2300-000 | N/A | 16.53 | 16.53 | 16.53 |

**UST Form 101-7-TDR (10/1/2010)**

| | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | N/A | | $9,754.18 | $9,754.18 | $9,754.18 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| | | None | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | N/A | | $0.00 | $0.00 | $0.00 |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | | None | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | PYOD, LLC | 7100-000 | N/A | 702.96 | 702.96 | 644.25 |
| 2 | Discover Bank | 7100-000 | N/A | 742.23 | 742.23 | 680.24 |
| 3 | Capital One Bank (USA), N.A. | 7100-000 | N/A | 4,049.61 | 4,049.61 | 3,711.40 |
| 4 | Bank of America, N.A. | 7100-000 | N/A | 1,669.67 | 1,669.67 | 1,530.22 |
| 5 | Verizon | 7100-000 | N/A | 726.50 | 726.50 | 665.83 |
| 6 | American Express National Bank | 7100-000 | N/A | 6,382.11 | 6,382.11 | 5,849.10 |
| 7 | American Express National Bank | 7100-000 | N/A | 2,221.58 | 2,221.58 | 2,036.04 |
| 8 | Midland Funding LLC | 7100-000 | N/A | 4,600.58 | 4,600.58 | 4,216.35 |
| 9 | Midland Funding LLC | 7100-000 | N/A | 995.53 | 995.53 | 912.39 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $0.00 | $22,090.77 | $22,090.77 | $20,245.82 |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

Page: 1

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 18-01604  
**Case Name:** GALASZKIEWICZ, JOLANTA  

**Period Ending:** 07/08/20

**Trustee:** (330290)   ILENE F. GOLDSTEIN  
**Filed (f) or Converted (c):** 01/19/18 (f)  
**§341(a) Meeting Date:** 02/15/18  
**Claims Bar Date:** 07/08/19

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | 609 Federal Parkway, Lindenhurst, IL 60046-0000, (u)<br>Imported from Amended Doc#: 17 Not Originally Scheduled | 79,500.00 | 0.00 | | 0.00 | FA |
| 2 | 2006 Toyota Corolla. Entire property value: $3,4  (u)<br>Imported from Amended Doc#: 17 Not Originally Scheduled | 3,450.00 | 0.00 | | 0.00 | FA |
| 3 | Household Goods & Furniture  (u)<br>Imported from Amended Doc#: 17 Not Originally Scheduled | 500.00 | 0.00 | | 0.00 | FA |
| 4 | TV & Electronics  (u)<br>Imported from Amended Doc#: 17 Not Originally Scheduled | 350.00 | 0.00 | | 0.00 | FA |
| 5 | Normal Clothes  (u)<br>Imported from Amended Doc#: 17 Not Originally Scheduled | 400.00 | 0.00 | | 0.00 | FA |
| 6 | Checking: Libertyville Bank & Trust  (u)<br>Imported from Amended Doc#: 17 Not Originally Scheduled | 400.00 | 0.00 | | 0.00 | FA |
| 7 | Int. in Ins. policies: Term Life Insurance Death  (u)<br>Imported from Amended Doc#: 17 Not Originally Scheduled | 0.00 | 0.00 | | 0.00 | FA |
| 8 | Family Expense Act Law Suit under 750 ILCS 65/15 (u)<br>Imported from Amended Doc#: 17 Not Originally Scheduled | Unknown | 28,300.00 | | 30,000.00 | FA |
| 8 | **Assets   Totals** (Excluding unknown values) | **$84,600.00** | **$28,300.00** | | **$30,000.00** | **$0.00** |

**Major Activities Affecting Case Closing:**

STATUS JANUARY 2020: The Trustee setled an interest in a legal matter.  She also negotiated the Debtor's exemption .  The case is being closed.

Printed: 07/08/2020 02:26 PM     V.14.66

Exhibit 8

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 2

**Case Number:** 18-01604
**Case Name:** GALASZKIEWICZ, JOLANTA

**Period Ending:** 07/08/20

**Trustee:** (330290)   ILENE F. GOLDSTEIN
**Filed (f) or Converted (c):** 01/19/18 (f)
**§341(a) Meeting Date:** 02/15/18
**Claims Bar Date:** 07/08/19

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br><br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|

**Initial Projected Date Of Final Report (TFR):**   December 31, 2019     **Current Projected Date Of Final Report (TFR):**   June 30, 2020

Exhibit 9

# Form 2
## Cash Receipts And Disbursements Record

Page: 1

**Case Number:** 18-01604  
**Case Name:** GALASZKIEWICZ, JOLANTA  
**Taxpayer ID #:** **-***1937  
**Period Ending:** 07/08/20  

**Trustee:** ILENE F. GOLDSTEIN (330290)  
**Bank Name:** Mechanics Bank  
**Account:** ******0066 - Checking Account  
**Blanket Bond:** $5,000,000.00   (per case limit)  
**Separate Bond:** N/A  

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 05/18/19 | {8} | Philips Law Firm | Settlement on Claim | 1229-000 | 30,000.00 | | 30,000.00 |
| 02/24/20 | 101 | Inrternational Sureties, Ltd | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/24/2020 FOR CASE #18-01604 | 2300-000 | | 16.53 | 29,983.47 |
| 05/27/20 | 102 | ILENE F. GOLDSTEIN | Dividend paid 100.00% on $3,750.00, Trustee Compensation;  Reference: | 2100-000 | | 3,750.00 | 26,233.47 |
| 05/27/20 | 103 | LAW OFFICES OF ILENE F. GOLDSTEIN, CHARTERED | Dividend paid 100.00% on $5,670.00, Attorney for Trustee Fees (Trustee Firm);  Reference: | 3110-000 | | 5,670.00 | 20,563.47 |
| 05/27/20 | 104 | LAW OFFICES OF ILENE F. GOLDSTEIN, CHARTERED | Dividend paid 100.00% on $57.65, Attorney for Trustee Expenses (Trustee Firm);  Reference: | 3120-000 | | 57.65 | 20,505.82 |
| 05/27/20 | 105 | Clerk of the United States Bankruptcy Court | Dividend paid 100.00% on $260.00, Clerk of the Court Costs (includes adversary and other filing fees);  Reference: | 2700-000 | | 260.00 | 20,245.82 |
| 05/27/20 | 106 | PYOD, LLC | Dividend paid 91.64% on $702.96; Claim# 1; Filed: $702.96; Reference: | 7100-000 | | 644.25 | 19,601.57 |
| 05/27/20 | 107 | Discover Bank | Dividend paid 91.64% on $742.23; Claim# 2; Filed: $742.23; Reference: | 7100-000 | | 680.24 | 18,921.33 |
| 05/27/20 | 108 | Capital One Bank (USA), N.A. | Dividend paid 91.64% on $4,049.61; Claim# 3; Filed: $4,049.61; Reference: | 7100-000 | | 3,711.40 | 15,209.93 |
| 05/27/20 | 109 | Bank of America, N.A. | Dividend paid 91.64% on $1,669.67; Claim# 4; Filed: $1,669.67; Reference: | 7100-000 | | 1,530.22 | 13,679.71 |
| 05/27/20 | 110 | Verizon | Dividend paid 91.64% on $726.50; Claim# 5; Filed: $726.50; Reference: | 7100-000 | | 665.83 | 13,013.88 |
| 05/27/20 | 111 | American Express National Bank | Dividend paid 91.64% on $6,382.11; Claim# 6; Filed: $6,382.11; Reference: | 7100-000 | | 5,849.10 | 7,164.78 |
| 05/27/20 | 112 | American Express National Bank | Dividend paid 91.64% on $2,221.58; Claim# 7; Filed: $2,221.58; Reference: | 7100-000 | | 2,036.04 | 5,128.74 |
| 05/27/20 | 113 | Midland Funding LLC | Dividend paid 91.64% on $4,600.58; Claim# 8; Filed: $4,600.58; Reference: | 7100-000 | | 4,216.35 | 912.39 |
| 05/27/20 | 114 | Midland Funding LLC | Dividend paid 91.64% on $995.53; Claim# 9; Filed: $995.53; Reference: | 7100-000 | | 912.39 | 0.00 |

|  |  |  | ACCOUNT TOTALS | 30,000.00 | 30,000.00 | $0.00 |
|---|---|---|---|---|---|---|
|  |  |  | Less: Bank Transfers | 0.00 | 0.00 | |
|  |  |  | **Subtotal** | 30,000.00 | 30,000.00 | |
|  |  |  | Less: Payments to Debtors | | 0.00 | |
|  |  |  | **NET Receipts / Disbursements** | **$30,000.00** | **$30,000.00** | |

{} Asset reference(s)  

Printed: 07/08/2020 02:26 PM    V.14.66

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 2

| **Case Number:** | 18-01604 | | **Trustee:** | ILENE F. GOLDSTEIN (330290) |
| --- | --- | --- | --- | --- |
| **Case Name:** | GALASZKIEWICZ, JOLANTA | | **Bank Name:** | Mechanics Bank |
| | | | **Account:** | ******0066 - Checking Account |
| **Taxpayer ID #:** | **-***1937 | | **Blanket Bond:** | $5,000,000.00  (per case limit) |
| **Period Ending:** | 07/08/20 | | **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
| --- | --- | --- | --- | --- | --- | --- | --- |

| | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
| --- | --- | --- | --- |
| **TOTAL - ALL ACCOUNTS** | | | |
| **Checking # ******0066** | 30,000.00 | 30,000.00 | 0.00 |
| | $30,000.00 | $30,000.00 | $0.00 |

{} Asset reference(s)

Printed: 07/08/2020 02:26 PM     V.14.66